**Order entered February 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01579-CV

**DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST, ET AL, Appellant**

**V.**

**BBVA COMPASS, SAM MEADE, AND MARILYN D. GARNER, CHAPTER 7 TRUSTEE OF THE ESTATE OF THE DAVID BAGWELLL COMPANY AND TRUSTEE OF THE ESTATE OF EVERMORE COMMUNITIES, LTD., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

Before the Court is appellant's February 16, 2015, unopposed motion for extension of time file appellant's brief. We **GRANT** the motion and **ORDER** appellant to file his brief no later than **March 23, 2015**.

/s/      CRAIG STODDART
JUSTICE